**Order entered November 29, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01055-CV

## IN THE INTEREST OF A.S., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00707-W**

# ORDER

We **REINSTATE** this appeal which we abated to allow the trial court to conduct a hearing to determine whether Father desires to prosecute this appeal and is entitled to appointed counsel. The reporter's record of the hearing has been filed, but the clerk's record, ordered to be filed no later than November 6, 2016, containing the trial court's findings from the hearing has not. Accordingly, we **ORDER** Dallas County District Clerk Felicia Pitre to file, **no later than December 1, 2016,** a supplemental clerk's record containing those findings.

We **DIRECT** the Clerk of the Court to send a copy of this order to (1) the Honorable Andrea Martin, Presiding Judge of the 304th Judicial District Court; (2) Ms. Pitre; and (3) the parties.

/s/　　CRAIG STODDART
　　　　JUSTICE